## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| LOUIS SCARANTINO, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:19-cv-00349-LPS ) |
| v. | ) CLASS ACTION ) |
| CIVITAS SOLUTIONS, INC., BRUCE NARDELLA, CHRIS DURBIN, JAMES ELROD, JR., PATRICK M. GRAY, PAMELA LENEHAN, ROBERT L. ROSNER, GREGORY ROTH, GUY SANSONE, and MARY ANN TOCIO, | ) JURY TRIAL DEMANDED ) ) ) ) ) ) |
| Defendants. | ) ) ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Louis Scarantino ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to the Plaintiff only.  Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

DATED:  May 7, 2019                              **RIGRODSKY & LONG, P.A.**

                                        By:   */s/ Brian D. Long*
                                              Brian D. Long (#4347)
**OF COUNSEL:**                               Gina M. Serra (#5387)
                                              300 Delaware Avenue, Suite 1220
**RM LAW, P.C.**                              Wilmington, Delaware 19801
Richard A. Maniskas                           Telephone: (302) 295-5310
1055 Westlakes Drive, Suite 300               Facsimile: (302) 654-7530
Berwyn, PA 19312                              Email: bdl@rl-legal.com
Telephone: (484) 324-6800                     Email: gms@rl-legal.com
Facsimile: (484) 631-1305
Email: rm@maniskas.com                        *Attorneys for Plaintiff*